IN THE DISTRICT COURT FOR THE

DISTRICT OF MARYLAND


James Dupont Kane
    Petitioner,

                                  Case No: L-97-0246

vs.

                          U.S. DISTRICT COURT
                        DISTRICT OF MARYLAND


UNITED STATES OF AMERICA      MAY 09 2008
    Respondant,
                        CLERK'S OFFICE
                        AT BALTIMORE
                BY_____DEPUTY

---

Motion under Title 18 U.S.C. § 3582 (c) (2) and U.S. Sentencing Guidelines § 1b1.10 (c) for Reduction of Sentence on 2007 Guideline Amendment 706, Which Became Effective November 1, 2007, and Caused a Two Level Reduction in Base Offense Level For Cocaine Base.

---

    Comes now, the petitioner, James Dupont Kane, acting on his own behalf and Respectfully Requests this Honorable Court to use it's discretion and Grant him the relief provided in the 2007 Guideline Amendment 706. Amendment 706 modified the drug quantity thresholds in the drug quantity table so as to assign, for crack cocaine (cocaine base) offenses, base offense levels corresponding to guideline ranges that include the statutory minimum penalties.

    Accordingly, pursuant to the Amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63 months at criminal history category of I, which includes the five year (60 month) statutory minimum for such offenses, and 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121 months at criminal history category I, which includes the ten year (120 month) statutory minimum for such offense.

The base offense levels for 5 grams and 50 grams of cocaine base were levels 26 and 32, respectively, before Amendment 706 a cocaine base offense for quantities above and below the mandatory minimum threshold quantities similarly are adjusted downward by two levels.

Based on the following information, petitioner quailifies for the two level reduction in his sentence and Respectfully Requests that such relief be granted to him.

## SUMMARY OF ARGUMENT

Petitioner, James Dupont Kane, was sentenced on Febuary in this Honorable court to a term of 151 months (12 years 7 months), for a 21 U.S.C. 841 (A) (1) Distribution of controlled substance (cocaine base). This gave petitioner a category range of VI, with a base offense level of 29 (151-188 months). At the time of sentencing Guideline Amendment 706 was not in effect.

This Honorable Court granted petitioner the bottom of the guideline range for the base offense level 29, pursuant to Guideline Amendment 706, petitioner Respectfully Request a two level reduction to base level offense 27 (130-162 months), with the low end of the base offense being considered the same as with the original base level offense.

Respectfully

*James Dupont Kane*
James Dupont Kane,

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, _James Rea_____, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1.  Are you presently employed?  Yes ___ No _✓_
    a.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    b.  If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received.

2.  Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources?  Yes ___ No _✓_

    a.  If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

3.  Do you own any cash or have a checking or savings account?  Yes ___ No _✓_

    a.  If the answer is yes, state the total value of the items owned.

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)  Yes ___ No _✓_

    a.  If the answer is yes, describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support and state your relationship to those persons.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: _JK_____, ___.

_____
(Signature)

Sworn to and subscribed before me this
_23_ day of _MAR_ 20 _08_.

JOSE I. CURBELO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/26/2011