# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SHERRI KEENE
STAFF ATTORNEY

June 19, 2008

**Crack Reduction - Status Report**
      **- Motion for Appointment of Counsel**

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JUN 19 2008

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

Honorable Benson E. Legg
Chief Judge
United States District Court
  for the District of Maryland
101 West Lombard Street
Chambers 7A
Baltimore, Maryland 21201

     Re:   *United States v. James Dupont Kane*
             Case No.: L-97-0246

Dear Chief Judge Legg:

     Please accept and docket this letter as a status report regarding Mr. Kane's pending pro se motion for a reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment), and Motion for Appointment of Counsel. Mr. Kane's projected release date is January 14, 2010.

     On May 13, 2008, this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. Kane's case to determine if he is eligible to seek a reduction in sentence. Since then, United States Probation has rendered its opinion that Mr. Kane is not eligible to seek a reduced sentence, because he was sentenced according to the career offender guideline. Undersigned counsel would like to brief the issue of Mr. Kane's eligibility and file a supplemental motion in his case.[1] My Office did not previously represent Mr. Kane in this case. However, there does not appear to be any conflict. I have been in contact with Mr. Kane and he has represented that he is unable to afford counsel and would like for this Office to represent him. I ask that the Court appoint me to represent Mr. Kane.

---

[1]    Pending before your Honor in another case is a supplemental brief addressing many of the same legal issues at issue in Mr. Kane's case. In *United States v. Green*, Case No. L-03-325, undersigned counsel argued that an individual sentenced pursuant to the career offender guideline is eligible for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).

  In addition, undersigned counsel respectfully requests 60 days to prepare and file a supplemental motion in this case. I would also ask that the Court order the government to state its position on a sentence reduction within thirty days of the filing of the supplemental motion. A proposed Order is attached.

  Thank you for your attention to this matter.

Very truly yours,

Sherri Lee Keene<br>
Staff Attorney

Attachment

cc: Estelle Santana, USPO<br>
   Barbara Sale, AUSA<br>
   James Dupont Kane, #33188-037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. DKC L-97-0246 |
| JAMES DUPONT KANE | * | |

* * * * * *

# ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this _____ day of June, 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3) A supplemental motion shall be filed by the Federal Public Defender's Office within sixty days; and

4) The government shall state its position on the motion for reduction of sentence within thirty days after supplemental motion is filed.

BENSON E. LEGG
Chief Judge