FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
DISTRICT OF MARYLAND

2008 AUG 25 P 2: 17

UNITED STATES OF AMERICA          *
                                            CLERK'S OFFICE
                                            AT BALTIMORE
        v.                        *    Criminal No. L 97-0246   DEPUTY
                                        BY

JAMES KANE
                                  *

        *    *    *    *    *    *

# O R D E R

Upon review of the status report filed by the Office of the Federal Public Defender after

undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based

on the retroactive application of Amendment No. 706 to the United States Sentencing Commission

related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent

and unable to afford counsel, it is this 25th day of AUGUST, 2008, ordered by the United States

District Court for the District of Maryland that:

        1)    The status report shall be docketed as a Motion for Appointment of Counsel;

        2)    The Office of the Federal Public Defender for the District of Maryland shall be

appointed to represent the defendant in connection with a motion to reduce sentence under 18

U.S.C. § 3582 and Amendment 706; and

        3)    The case shall be held in abeyance until a decision in *United States v. Plater*, 08-

        7135.

                                        / s /
                                        _____
                                        The Honorable Benson E. Legg
                                        United States District Judge